# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**RAFAEL SALOMON-OCHOA**,<br>　aka "Rafael Ochoa Salomon,"<br>　aka "Rafael Ochoa-Salomon,"<br>　aka "Rafael Salomon Ochoa,"<br>　aka "Ochoa Salomon,"<br><br>　　　　Defendant. | Case No. 2:23-mj-00510-VCF<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on July 5, 2023, at the hour of 4:00 p.m., be vacated and continued to September 18, 2023, at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 21 day of June, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE